## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:07CV141-CH

| | |
|---|---|
| LOLITA MCKOY PEGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | **FOR FAILURE TO PROSECUTE** |
| MICHAEL J. ASTRUE, ) | **FED. R. CIV. P. 4(m)** |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on its own Motion and it appears that the Plaintiff filed her Complaint on March 30, 2007; that a Summons was issued the same day; that no return of service or waiver of service has been filed; that on June 18, 2008, the Clerk of Court served the Plaintiff a notice stating that this action would be dismissed unless she filed a return of service or took some other action to extend the time for service within 20 days; and that the Plaintiff has not responded to the notice, nor has she filed a return of service or otherwise taken any other action in prosecution of this action.

**NOW THEREFORE, IT IS ORDERED** that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: July 10, 2008

Graham C. Mullen
United States District Judge